# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 13, 2014

## NO. 03-12-00729-CV

**Meridian Grace, Appellant**

**v.**

**Jessica Stapher Thompson and Marc Thompson, Appellees**

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES GOODWIN AND FIELD
AFFIRMED IN PART; REFORMED AND, AS REFORMED, AFFIRMED IN PART;
REVERSED AND REMANDED IN PART -- OPINION BY JUSTICE FIELD
CONCURRING AND DISSENTING OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgment signed by the county court on October 8, 2012. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the county court's judgment. Therefore, the Court reverses the portion of the county court's judgment awarding treble damages and remands that portion of the judgment to the county court for further proceedings; reforms the portion of the county court's judgment awarding appellees $2,350 as a return of their security deposit instead of $2,850 and, as reformed, affirms the county court's judgment on that claim; and affirms the county court's judgment in all other respects. Each party shall pay the costs of appeal incurred by that party, both in this Court and the court below.